UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| DAN NEWELL,<br><br>Plaintiff,<br><br>vs.<br><br>MILBANK INSURANCE COMPANY,<br><br>Defendant. | 4:16-CV-04089-KES<br><br><br>ORDER ON STIPULATION TO<br>AMEND CAPTION |

The parties have filed a joint stipulation stating that the caption of the case should be amended to correct and reflect the proper name of the defendant from State Auto Insurance Companies to Milbank Insurance Company. Good cause appearing, it is

ORDERED that the parties' stipulation (Docket 8) is granted.

DATED this 21st day of July, 2016.

BY THE COURT:


*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE